**TYCKO & ZAVAREEI LLP**
Annick M. Persinger (State Bar No. 272996)
The Tower Building
1970 Broadway, Suite 1070
Oakland, CA  94612
Telephone: (510) 254-6808
Facsimile: (510) 210-0571
E-Mail: apersinger@tzlegal.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY ANTON, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PROSPERA HOTELS, INC. d/b/a HYATT HOUSE AT ANAHEIM RESORT/ CONVENTION CENTER, a California corporation,<br><br>Defendant. | Case No. 5:19-cv-00534-CBM-SHK<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Kelly Anton ("Plaintiff"), by and through her counsel, submits this notice of voluntary dismissal. Plaintiff hereby dismisses all claims in the above-captioned action without prejudice.

Dated: August 26, 2019           **TYCKO & ZAVAREEI LLP**

By:  */s/ Annick M. Persinger*
Annick M. Persinger
Counsel for Plaintiff KELLY ANTON

PLAINTIFF'S NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)
CASE NO. 5:19-CV-00534-CBM-SHK

1